435 A.2d 1318

Commonwealth v. Jones, Appellant.

644

Submitted April 22, 1981. Robert R. Redmond, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order of the court below affirmed.